and *Henry E. Wixon* for petitioner. *Robert G. Zeller* and *John A. Gilmore* for respondent.

No. 157. MONDAKOTA GAS CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James R. Browning* and *Ellis Lyons* for petitioners. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Doub, Melvin Richter, Willard W. Gatchell* and *Joseph B. Hobbs* for the Federal Power Commission, and *James A. Murray* and *Philip F. Herrick* for the Montana-Dakota Utilities Co., respondents.

No. 169. BLUE *v.* MCKAY, SECRETARY OF THE INTERIOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Welburn Mayock* and *Morris Lavine* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Morton, Roger P. Marquis* and *S. Billingsley Hill* for respondent.

No. 181. GALLOWAY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *De Long Harris* for petitioner. *Solicitor General Rankin, Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 192. WINFIELD *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Reuben M. Ginsberg* for petitioner.